UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Morris, *et al*, | : |
| | : |
| Plaintiffs, | : Case No. 1:17-cv-02313 |
| | : |
| -vs- | : **Judge Christopher A. Boyko** |
| | : |
| Body Contour Centers, LLC, *et al*. | : |
| | : |
| Defendants. | : |

**[Proposed] ORDER APPROVING SETTLEMENT**

THIS CAUSE having come before the Court on the Joint Motion for Approval of Settlement, it is hereby ORDERED AND ADJUDGED as follows:

1. This Court hereby accepts and approves the proposed Settlement and holds that the proposed Settlement submitted by the parties is a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act and other claims;

2. The Court find that attorney fee and cost request by Plaintiffs' Counsel is reasonable and grants same pursuant to 29 U.S.C. § 216(b); and

3. The above case is hereby DISMISSED WITH PREJUDICE; each party to bear his/its own attorneys' fees and costs except as otherwise provide by the Settlement.

4. All pending deadlines are stricken as moot. This Court shall retain jurisdiction to enforce the parties' Settlement.

**ORDERED** this 3rd day of January, 20 19.

s/ Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**UNITED STATES DISTRICT JUDGE**